# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD J. KRAVETZ,<br><br>      Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA et al.,<br><br>      Defendants. | 2:15-cv-406-JAD-PAL<br><br>**ORDER** |

## I.  DISCUSSION

On March 10, 2015, this Court entered an order directing Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within 30 days of that order.  (ECF No. 2 at 2).  On April 13, 2015, Plaintiff filed a motion for an extension of time to pay the $400 to proceed *in forma pauperis*.  (ECF No. 4 at 1).  Plaintiff explains that he is selling his home this month.  (*Id.* at 2).  The sale of the house will give Plaintiff the $400 he needs to continue with this case.  (*Id.* at 5).  Plaintiff requests an extension of time for 120 days to close escrow and to pay the Court.  (*Id.* at 7).

The Court grants Plaintiff's motion for an extension of time in part.  The Court grants Plaintiff 30 days from the date of this order to file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).  The Court emphasizes that, if Plaintiff does not have sufficient funds to pay the $400 filing fee in full at this time, he may file an application to proceed *in forma pauperis* instead.  Based on the statements in Plaintiff's motion, it appears that Plaintiff may lack sufficient funds to pay the $400 filing fee at this time.  As such, the Court directs Plaintiff to file the application to proceed *in forma pauperis*.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for an extension of time (ECF No. 4) is granted in part.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1), but shall not file it at this time.

DATED: This 20th day of April, 2015.

_____
United States Magistrate Judge